OPINION — AG — ** OPEN MEETING — PUBLIC TRUSTS ** (1) PUBLIC TRUSTS ORGANIZED UNDER 60 O.S. 1980 Supp., 176 [60-176] ET SEQ., ARE " PUBLIC BODIES " WITHIN MEANING OF THE OPEN MEETING ACT, 25 O.S. 1977 Supp., 301 [25-301] (2) SUCH PUBLIC TRUSTS MUST COMPLY WITH AND ARE SUBJECT TO THE OPEN MEETING ACT. (3) CAMERAS AND TAPE RECORDERS (TELEVISION, PHOTOGRAPHS) MAY NOT BE BARRED FROM THE MEETING OF TRUSTEES OF SUCH PUBLIC TRUSTS. (4) THE ABOVE FINDINGS APPLY EQUALLY TO ANY AND ALL PUBLIC BODIES SUBJECT TO THE OPEN MEETING ACT. (FREEDOM OF PRESS) CITE: 25 O.S. 201 [25-201], 25 O.S. 301 [25-301], 25 O.S. 303 [25-303], 25 O.S. 304 [25-304](1), 60 O.S. 178.8 [60-178.8] [60-178.8], OPINION NO. 65-113 (FLOYD W. TAYLOR)